ACCEPTED
12-15-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/7/2015 6:33:56 PM
Pam Estes
CLERK

Cause No. 12-15-00039-CR

In the Court of Appeals for the
Twelfth Judicial District at Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/7/2015 6:33:56 PM
PAM ESTES
Clerk

Taurus Jenkins,
Appellant

v.

State of Texas,
Appellee

On Appeal from Cause No. 2014-0191 in the 159th
Judicial District Court of Angelina County, Texas

**State's Second Motion for Extension (Unopposed)**

**To the Honorable Justices of this Court:**

Appellee, State of Texas, moves for a 14-day extension of time to file its brief.

I.

Undre the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R.

1

App. P.38.6(b). Appellant's Brief was filed on October 7, 2015, giving the State until Friday November 6, 2015 to file its brief. On Thursday November 12, 2015 the State was granted a 30-day extension of time in which to file its brief, giving the State until Monday December 7, 2015 to file its brief.

The State of Texas now requests a 14-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1. Counsel for the State suffered a broken leg and broken ankle on November 2, 2015 which required surgery on November 10, 2015. Counsel for the State has been out of work since Monday November 2, 2015 and is not medically cleared to return to work until, at the earliest, December 14, 2015.

2. Counsel for the State has been working part-time from home to prepare various felony cases for a variety of hearings. Most notably, Counsel for the State has been preparing and reviewing discovery for a three defendant engaging in organized criminal activity case involving over a thousand hours of video and audio that was set for jury selection on January 4, 2015 in the 159th Judicial District Court.

2

3.    Counsel for the State has completed over half of the State's Brief as well as actively working on *Stanford Jones v. State*, Cause No.: 12-15-00157-CR.

4.    Counsel for the Appellant is unopposed to this extension.

III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline.  This is the State's first motion for extension, and it is not brought for purposes of delay or harrassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 14-day extension to file its State's Brief in this matter.

Respectfully Submitted,

*/s/ April Ayers-Perez*

Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR THE
STATE OF TEXAS

## Certificate of Service

I certify that on December 7, 2015, a true and correct copy of the above document has been forwarded to Al Charanza, by electronic service through efile.txcourts.gov.

*/s/ April Ayers-Perez*

## Certificate of Conference

I certify that on December 7, 2015, I conferred with Al Charanza about this motion, and certify that he was unopposed to a 14-day extension.

*/s/ April Ayers-Perez*